IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAACO ENTERPRISES, INC.** <br> 381 Brooks Road <br> King of Prussia, PA 19406 <br><br> vs. <br><br> **ELISA M. CARRERA DEL MORAL and** <br> **LA GRAN MAQUINA, INC.** <br> RD #2, Kilometer 165.2 <br> Hormigueros, PR 00660 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO.: 02-4012** |

**PLAINTIFF MAACO ENTERPRISES, INC.'S OPPOSITION TO
DEFENDANT ELISA M. CARRERA DEL MORAL'S
<u>MOTION IN OPPOSITION TO ENTRY OF DEFAULT</u>**

Plaintiff Maaco Enterprises, Inc. ("Maaco") by and through its undersigned attorneys, responds to defendant Elisa M. Carrera Del Moral's ("Del Moral") Motion in Opposition to Entry of Default as follows:

1. Denied as stated. On October 21, 2002, Julio A. Olivieri served a copy of a summons and complaint in this matter on Julio Carrera on behalf of defendant Del Moral.

2. Admitted.

3. Denied. Plaintiff is without information sufficient to form a belief as to the allegations set forth in this paragraph and, therefore, the allegations are denied.

4. Admitted.

5. Denied. Plaintiff is without information sufficient to form a belief as to the allegations set forth in this paragraph and, therefore, the allegations are denied.

6. It is admitted only that Federal Rule of Civil Procedure 4(e)(2) provides for service upon individuals. The Rule is in writing and speaks for itself.

2

7. Denied. Julio Carrera, defendant Del Moral's brother and business partner, was properly served at defendant Del Moral's corporation's principal place of business.

8. Denied. Mr. Carrera was served with copies of the summons and complaint which were legible and provided defendant with sufficient notice of this action and the claims asserted by Maaco.

9. Denied. The Return of Service is a document in writing and speaks for itself. To the extent that the place of service was not a dwelling house, the process server filled out a pre-printed form and also inserted the address of the place of service. The place of service is defendant Del Moral's corporation's principal place of business.

10. Denied. It is denied that Mr. Carrera was served as administrator of Automax.

WHEREFORE, plaintiff Maaco Enterprises, Inc. respectfully requests that defendant Del Moral's Motion be denied and that judgment be entered against defendant in accordance with the relief sought by Maaco, together with such other further relief as the Court may deem proper.

_____
WIGGIN & DANA LLP
Joseph Schumacher
Christina K. Peterson
Quaker Park
1001 Hector Street
Conshohocken, PA 19428
(610) 834-2400
Attorneys for Plaintiff Maaco
Enterprises, Inc.

Dated: January 9, 2003