IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAACO ENTERPRISES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ELISA M. CARRERA DEL MORAL and** | : | NO.  02-CV-4012 |
| **LA GRAN MAQUINA, INC.** | : | |

### ORDER

_____AND NOW, this ____ day of July, upon consideration of plaintiff's Motion for Entry of Judgment by Default and for Entry of Judgment by Confession, the defendants' Motions in Opposition thereto and defendants' Motions to Dismiss, it is **ORDERED** that:

    1.   Defendant La Gran Maquina, Inc.'s Motion to Dismiss (paper no. 8) is **DENIED**, since corporations cannot represent themselves *pro se*.

    2.   Defendant La Gran Maquina, Inc.'s Motion in Opposition to Entry of Default (paper no. 9) is **DENIED**.

    3.   Defendant Elisa Carrera's Motion to Dismiss (paper no. 6) is **DENIED,** because service was proper.

    4.   Defendant Elisa Carrera's Motion in Opposition to Entry of Default (paper no. 7) is **DENIED**.

    5.   Judgment by default will not be entered at this time, pending an evidentiary hearing on the amount of default judgment at which time plaintiff shall present the franchise agreement including the clause regarding confession of judgment.

 

                                              Norma L. Shapiro, S.J.