**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAACO ENTERPRISES, INC.** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ELISA M. CARRERA DEL MORAL and** | : | **NO.  02-CV-4012** |
| **LA GRAN MAQUINA, INC.** | : | |

## ORDER

     **AND NOW** this 23rd day of July, 2003, it is **ORDERED** that an evidentiary

hearing on plaintiff's motion for entry of judgment by default will be held on **August 19,**

**2003** at **10:00 a.m.** in Courtroom 10-A.

ATTEST:                    or     BY THE COURT:

                                    /s/ Norma L. Shapiro
_____    _____

Madeline F. Ward, Deputy Clerk                      J.

Copies mailed 7/23/03 to: Christina K. Peterson, Esq.

             Elisa M. Carrera Del Moral      La Gran Maquina, Inc.
             PMB 125, Box 8650           RD #2, Kilometer 165.2
             Mayaguez, PR   00681         Hormigueros, PR   00660