IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAACO ENTERPRISES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ELISA M. CARRERA DEL MORAL and** | : | NO.  02-CV-4012 |
| **LA GRAN MAQUINA, INC.** | : | |

### ORDER

_____AND NOW, this ____ day of August, 2003, following a hearing on August 19, 2003, it is **ORDERED** that:

    1.   Counts I, II, IV and VII are deemed withdrawn.

    2.   The clerk is directed to mark this case closed.

                                                Norma L. Shapiro, S.J.